Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

German American Coffee Company v. Clarence A. Diehl.— Motion granted, question certified as stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ludwig Meyer v. Dayton Hedges.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James M. Donohue, as Receiver, v. City Water Power Company and Others.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Edgar S. Appleby and Others v. Frank L. Polk, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sam Rice and Others v. Edwin D. Miner.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Leopold Levy v. Louvre Realty Company.— Proceedings stayed pending decision of the Court of Appeals on condition that appellant give a bond in the penalty of $750, conditioned upon appellant's paying additional interest, costs or damages to accrue by reason of the appeal.   If within ten days after date of entry of this order such bond is not given, motion for stay denied.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Meyerson v. United States Grand Lodge Independent Order Sons of Benjamin.— Application denied, with ten dollars costs.   Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mabel K. Haus v. Erie Railroad Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Thomas W. Butts.— Application granted and respondent disbarred.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Francis P. Pace and H. C. S. Stimpson.— Referred to Hon. John J. Freedman, official referee.   Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Barnes v. Stern Brothers.— Application denied, with ten dollars costs.   Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles M. Kohn v. Leopold Powell & Company.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sam Rice and Others v. Edwin D. Miner.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carnegie Trust Company v. S. H. Kress.— Motion granted.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.